MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Fax:  (408) 535-5066
E-Mail: grant.fondo@usdoj.gov

Attorneys for Plaintiff

**FILED**

APR - 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMIRO PRESA LOZARES, <br><br> Defendant. | No. CR-12-MJ-70124 HRL <br><br> MOTION TO DISMISS COMPLAINT AND [~~PROPOSED~~] ORDER |

    The United States hereby moves to dismiss, without prejudice, the complaint against defendant Ramiro Preza Lorares in the above-entitled matter.

///
///
///
///
///
///
///

MOTION TO DISMISS; ORDER
CR 12-MJ-70124 HRL

1

| | | |
|---|---|---|
| 1 | DATED: March 28, 2013 | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |

/s/ Grant P. Fondo

GRANT P. FONDO
Assistant United States Attorney

## ORDER [proposed]

Based on the government's motion to dismiss the captioned complaint against defendant Ramiro Presa Lozares, without prejudice,

IT IS HEREBY ORDERED that the complaint is dismissed as to Ramino Presa Lozares. The dismissal is without prejudice.

DATED: 4/2/13

HOWARD R. LLOYD
United States Magistrate District Judge

MOTION TO DISMISS; ORDER
CR 12-MJ-70124 HRL

2